IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW C. STECHAUNER,

    Plaintiff,

v.

Case No. 17-cv-221-jdp

JON E. LITSCHER, JUDY P. SMITH,
DANIELLE FOSTER, PATRICK MURPHY,
PHILLIP WHEATLEY, TROY SCHEID,
DOCTOR ADAMS, GARY NEAU, DAWN
FOFANA, JOHN DOES, AND
DORRIE HANSEN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

1) denying plaintiff Matthew C. Stechauner leave to proceed on claims against defendants Dawn Fofana, Danielle Foster, Jon E. Litscher, Judy P. Smith, Doctor Adams, John Does;

2) granting summary judgment in favor of defendants Patrick Murphy, Troy Scheid, Dorrie Hansen, and Phillip Wheatley and dismissing them from this case; and

3) in favor of defendant Gary Neau in accordance with the jury's verdict and dismissing this case.

Approved as to form this 21ST day of May, 2019.

_____
James D. Peterson
District Judge

_____      5/21/19
Peter Oppeneer                            Date
Clerk of Court