UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
WISCONSIN

MATTHEW C. STECHAUNER,
               Petitioner-Appellant-
               Plaintiff,
                              Case No. 17-CV-
                              221-JdP
      VS.

GARY NEAU, PATRICK MURPHY,
PHILLIP WHEATLEY, DORRIE
HANSEN, TROY SHEIDE,
                    Defendants-Respondent
-Appelles.

## NOTICE OF APPEAL

Notice is hereby given that Petitioner,
Appellant, Plaintiff, Matthew C. Stechauner
in the above named Case, hereby appeal
to the united states court of Appeals
for the 7th circuit from summary judgment
and jury verdict against plaintiff by vis,
Cheif Judge James D. Peterson western
District court of wisconsin entered in this

1

action summary judgment on March 25, 2019 ruled against me and jury trial ruled against me and ruled in Defendant Neau's favor on May 20th, 2019.

Dated: 5-22-19

Signed: Matthew Stechauner
Matthew C. Stechauner
#378235 O.S.C.I.
P.O. Box 3310 Oshkosh, WI 54903